## PARKER v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 95, September Term, 1957.]

662

*Decided March 3, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT and HORNEY, JJ.

HENDERSON, J., delivered the opinion of the Court.

In this application for leave to appeal from the denial of a writ of *habeas corpus,* it appears that the petitioner was convicted in 1947 of second-degree murder in the Circuit Court for Howard County and sentenced to eighteen years. He contends that the indictment was faulty and that he acted in self-defense. These matters are not open to review on *habeas corpus.* His chief complaint seems to be that he was paroled June 4, 1953, but returned for violating parole on June 12, 1956. The Board allowed him one-half the time spent on parole. He argues that the disallowance of the other time illegally extends his sentence.

The Board's action was within its discretion, and not illegal. *Creager v. Warden,* 211 Md. 649; *Clark v. Warden,* 213 Md. 641; Code (1957 Supp.), Art. 41, sec. 91H.

*Application denied, with costs.*